### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| **WILLIAM PHILLIPS,** *Plaintiff,* v. **CITY OF CEDAR PARK,** *Defendant.* | § § § § § § § § § | **CASE NO. 6:19-CV-00689-ADA-DTG** |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek Gilliland (Dkt. 8). The report recommends that this Court dismiss the plaintiff's complaint for failure to prosecute his claims. The report was filed on November 12, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (Dkt. 8) is **ADOPTED**.

**IT IS FURTHER ORDERED** that that the plaintiff's complaint is hereby DISMISSED WITH PREJUDICE for failure to prosecute his claims.

**SIGNED** this 10th day of December, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE